**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 569 MAL 2017

               Respondent        :

                          :  Petition for Allowance of Appeal from
                          :  the Order of the Superior Court
        v.               :

JUAN CARLOS ALVAREZ,       :

               Petitioner          :


## ORDER


**PER CURIAM**

    **AND NOW**, this 26th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.